

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DARTAVIOUS QUAWNTREZ LAVON FOWLER, | § | No. 08-23-00091-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 142nd Judicial District Court |
| v. | | |
| | § | of Midland County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# CR53971) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF JANUARY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.